KEITH PRIOLEAU *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 28550) is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Keith Prioleau,* pro se, in support of the petition.

*Charles Krich,* principal attorney, in opposition.

Decided October 2, 2007

STATE OF CONNECTICUT *v.* MAURICE FLANAGAN

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 105 (AC 24539), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court did not violate the defendant's constitutional right to self-representation?"

ROGERS, C. J., and VERTEFEUILLE and SCHALLER, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17990.

*Richard W. Callahan,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided October 10, 2007